IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK TATUM**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　CASE NO. 4:25-CV-00227-BSM

**JORDAN ABLES,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE